COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Dieter Heinz Werner v. The State of Texas

Appellate case number:   01-11-00464-CR; 01-11-00465-CR

Trial court case number: 1262894; 1270826

Trial court:             230th District Court of Harris County

      This appeal was originally filed by Harris County District Attorney Pat Lykos. Before this Court's opinion issued, Mike Anderson became the Harris County District Attorney. Mike Anderson was the trial court judge for the trial of these two causes. Mike Anderson's office has now filed a response and opposition to the motion to set bail.

      The parties are ORDERED to brief this court on whether Mike Anderson's involvement in the trial of this case creates a conflict of interest for his involvement or his office's involvement in the motion to set bail or any further appellate proceedings and on any action this Court can or must take as a result. All briefing must be fully supported by legal authority.

      This Court further ORDERS that all briefing must be filed with this Court on March 25, 2013. Absent extraordinary circumstances, no extensions on the deadline to file briefing will be granted.

      It is so ORDERED.


Judge's signature: _/s/ Laura Carter Higley_____
               Acting individually


Date: _March 19, 2013_____